United States District Court
Southern District of Texas
**ENTERED**
November 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 1:18-CR-430-1 |
| ALIS YOVANY TORRES-LEON; aka Alex Geovanny Torres | § § | |

# **ORDER**

On November 1, 2018, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed August 1, 2018, wherein the defendant Alis Yovany Torres-Leon waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Alis Yovany Torres-Leon to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Alis Yovany Torres-Leon guilty of the offense of being an alien who had previously been denied admission, excluded, deported, or removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or Secretary of Homeland Security. In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

SIGNED this 1st day of November, 2018.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge