## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with Assistant United States Attorney Justin Dinsdale, regarding the Motion for Court's Recommendation to the United States Bureau of Prisons and Mr. Dinsdale has advised that the Government does not oppose said motion.

/s/ Cesar A. Amador
CESAR A. AMADOR
Assistant Federal Public Defender