United States District Court
Southern District of Texas
**ENTERED**
November 20, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CR. NO. B-18-CR-430 |
| ALIS YOVANY TORRES-LEON | § | |

### ORDER AND RECOMMENDATION TO THE BUREAU OF PRISONS

This Court having considered defendant **ALIS YOVANY TORRES-LEON's** Motion for the Court's Recommendation to the United States Bureau of Prisons in the above styled and numbered cause is of the opinion that it should be and is hereby GRANTED/DENIED.

It is therefore hereby recommended to the United States Bureau of Prisons that **ALIS YOVANY TORRES-LEON** be imprisoned during the term of his sentence in this case as close as possible to Atlanta, Georgia area.

SIGNED and ORDERED this 20th day of November, 2018.

HONORABLE FERNANDO RODRIGUEZ, JR.
UNITED STATES DISTRICT JUDGE